

## COMPREHENSIVE CASE INFORMATION SYSTEM

Donald C. Spencer, Clerk of the Circuit Court and Comptroller
**SANTA ROSA COUNTY**



*sportalasier*

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 572022CA000027CAAXMX [2200027CAMXAX] | 01/14/2022 | | SANTA ROSA | NEGLIGENCE- PREMISES LIABILITY COMMERCIA | CASE OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 01/14/2022 | NEGLIGENCE- PREMISES LIABILITY COMMERCIA | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| DICKEY, DARLENE FALLON | JUDGE | | |
| ISBELL, TAMMY O | PLAINTIFF | BARNES, SCOTT CHARLES | 40634 |
| ISBELL, GREG S | PLAINTIFF | BARNES, SCOTT CHARLES | 40634 |
| TARGET CORPORATION | DEFENDANT | STOKES, JOSEPH BAILEY | 897183 |

### Dockets

Page : 1    ALL ▾

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 27 | 02/18/2022 | NOTICE OF FILING NOTICE OF REMOVAL | 9 |
| | 26 | 02/16/2022 | ATTORNEY: JOSEPH B STOKES UPDATED | |
| | 25 | 02/16/2022 | ATTORNEY: UPDATED | |
| | 24 | 02/10/2022 | INITIAL CASE MANAGEMENT ORDER - GENERAL | 2 |
| | 23 | 02/09/2022 | Answer, Affirmative Defenses, and Demand for Jury Trial OF DEFENDANT | 3 |
| | 22 | 01/28/2022 | DEFENDANT FIRST REQUEST FOR PRODUCTION TO PLAINTIFF TAMMY O. ISBELL | 16 |
| | 21 | 01/28/2022 | NOTICE OF SERVICE OF OF DEFENDANT'S TARGET CORPORATION, FIRST CONSORTIUM INTERROGATORIES TO PLAINTIFF GREG S. ISBELL | 2 |
| | 20 | 01/28/2022 | NOTICE OF SERVICE OF DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF TAMMY O. ISBELL | 2 |
| | 19 | 01/27/2022 | ATTORNEY: Amanda Rumker UPDATED | |
| | 18 | 01/26/2022 | NOTICE OF APPEARANCE | 2 |
| | 17 | 01/21/2022 | PLAINTIFFS NOTICE OF FINAL SERVICE | 1 |
| | 16 | 01/21/2022 | RETURN OF SERVICE ON SUMMONS SERVED | 1 |
| | 15 | 01/18/2022 | ORDER TO PLAINTIFF REGARDING REQUIRED REPORTING | 2 |
| | 14 | 01/18/2022 | SUMMONS ISSUED TARGET CORPORATION | 1 |
| | 13 | 01/14/2022 | PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT TARGET CORPORATION | 3 |
| | 12 | 01/14/2022 | PLAINTIFFS NOTICE OF SERVICE OF FIRST INTERROGATORIES | 1 |
| | 11 | 01/14/2022 | LETTER TO CLERK | 1 |
| | 10 | 01/14/2022 | DESIGNATION OF ELECTRONIC MAIL ADDRESS | 1 |
| | 9 | 01/14/2022 | COMPLAINT | 4 |
| | 8 | 01/14/2022 | CIVIL COVER SHEET | 3 |
| | 7 | 01/14/2022 | PAYMENT RECEIVED: $417.00 RECEIPT NUMBER MX 2022001797 | |
| | 6 | 01/14/2022 | ASSESSMENT 1 TOTAL ASSESSED $417.00 BALANCE REMAINING $0.00 | |
| | 5 | 01/14/2022 | ASSESSMENT 1 ASSESSED AT SUM $417.00 | |
| | 4 | 01/14/2022 | ATTORNEY: UPDATED | |
| | 3 | 01/14/2022 | JUDGE: ASSIGNED | |
| | 2 | 01/14/2022 | ATTORNEY: UPDATED | |
| | 1 | 01/14/2022 | CASE 572022CA000027CAAXMX FILED WITH CLERK ON 1/14/2022 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History



**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIRST</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SANTA ROSA</u>   COUNTY, FLORIDA

<u>Tammy O Isbell, Greg S Isbell</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Target Corporation</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☒ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>2</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Scott Charles Barnes</u>    Fla. Bar # <u>40634</u>
    Attorney or party    (Bar # if attorney)

<u>Scott Charles Barnes</u>    <u>01/14/2022</u>
 (type or print name)    Date

Filing # 142019875 E-Filed 01/14/2022 01:05:39 PM

IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

TAMMY O. ISBELL
and GREG S. ISBELL,
Wife and husband,

     Plaintiffs,

vs.

TARGET CORPORATION,

     Defendant.

_____/

CASE NO.:   _____
DIVISION:  _____

## **COMPLAINT**

    COME NOW the Plaintiffs, TAMMY O. ISBELL and GREG S. ISBELL. by and through their undersigned attorney and sue Defendant, TARGET CORPORATION (hereinafter referred to as "Defendant Target") for damages and allege:

    1.    This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00).

    2.    At all times material to this action, Plaintiffs were residents of Santa Rosa County, Florida.

    3.    At all times material to this action, Defendant Target was a foreign for-profit company licensed to conduct business within the State of Florida.

    4.    At all times material to this action, Defendant Target engaged in the operation of a retail business commonly known as Target which is located at 4727 Highway 90 in Pace, Florida.

    5.    At all times material to this action. Defendant Target owned, operated,

controlled and maintained the premises occupied by the Target store located at 4727 Highway 90 in Pace, Florida.

6.      At all times material to this action, Defendant Target, through its agents, servants, employees or representatives, each of them acting within the course and scope of their agency or employment, managed, maintained, secured, inspected and/or is responsible for its inventory and promotional displays of merchandise located within its Target store located at 4727 Highway 90 in Pace, Florida.

7.      On or about July 14, 2018, Plaintiff TAMMY O. ISBELL was an invitee upon and inside the premises located at 4727 Highway 90 in Pace, Florida.

8.      On or about the above date, Defendant Target, and its agents, servants, employees or representatives, was under a duty to use reasonable care to maintain, secure, inspect or repair containers of glass photo frames located on its promotional display shelves in the Target store located at 4727 Highway 90 in Pace, Florida in a reasonably safe and clean condition for its customers and invitees, including Plaintiff TAMMY O. ISBELL.

9.      On or about the above date, Defendant Target and its agents, servants, employees or representatives, breached its duty to use reasonable care to maintain, secure, inspect or repair the containers in which the glass photo frames were placed on the promotional display shelves within the aforementioned premises in a reasonably safe condition by allowing either an employee of the store or a customer to precariously position on its promotional display shelves a container which held shards of a broken glass picture frame.

10.    The container which held the broken glass picture frame and the shards of partially dislodged glass which had been placed on the promotional display shelf constituted a hazardous condition for customers and invitees including Tammy O. Isbell.

11.    On or about the above date, Defendant Target and its agents, servants, employees or representatives, breached its duty to warn patrons of the hazardous and dangerous condition which Defendant Target and its agents, servants or employees knew or should have known that existed within the container which held the broken glass picture frame and shards of glass located on the promotional display shelf of their premises.

12.    On or about the above date, Defendants' failure to properly maintain, secure, inspect or repair the glass picture frames displayed on the promotional display shelves located within the premises of its Target store located at the aforementioned premises, and its lack of warnings caused Plaintiff TAMMY O. ISBELL to sustain a serious laceration to her foot when she picked up the container which held the shards of the broken glass picture frame which had been placed on the promotional display shelf of Defendant's retail business, resulting in serious injury to Plaintiff's body, including her back and her legs.

13.    As a result of the negligence of Defendant Target and its agents, servants, employees or representatives, Plaintiff TAMMY O. ISBELL suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, loss of earnings and income, loss of wage earning capacity, and expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## LOSS OF CONSORTIUM

Plaintiffs TAMMY O. ISBELL and GREG S. ISBELL, wife and husband, re-allege the allegations contained in the foregoing paragraphs 1 through 13, as if same were set forth fully herein.

14.    As a result of the injuries sustained by the Plaintiff TAMMY O. ISBELL, the Plaintiff GREG S. ISBELL has been and will be deprived of his wife's services, comfort, society and attention, and has or will incur the reasonable value or expenses of hospitalization and medical care and treatment necessarily or reasonably obtained by his wife in the past or to be so obtained in the future.

WHEREFORE, Plaintiffs TAMMY O. ISBELL and GREG S. ISBELL, demand judgment for damages against Defendant Target for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

Dated this 14 day of January , 2022.

Scott C. Barnes, Esq. (FBN 0040634)
Austin R. Ward, Esq. (FBN 0018257)
Ward & Barnes, P.A.
222 W. Cervantes Street
Pensacola, FL 32501
Telephone: 850-912-8060
Fax: 850-912-8279
Service address: receptionist@wardbarnes.com
sbarnes@wardbarnes.com
Attorneys for Plaintiffs

Filing # 142019875 E-Filed 01/14/2022 01:05:39 PM

IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

TAMMY O. ISBELL
and GREG S. ISBELL,
Wife and husband,

     Plaintiffs,

vs.                                                              CASE NO.:   _____
                                                                 DIVISION:   _____
TARGET CORPORATION,

     Defendant.

_____/

## PLAINTIFFS' DESIGNATION OF E-MAIL ADDRESSS

    Scott C. Barnes and the law firm of Ward & Barnes, P.A., pursuant to Fla.R.Jud.Admin. 2.516(b)(1)(A), hereby designates the following primary and secondary e-mail addresses for e-mail service in the above-referenced cause:

        Primary e-mail address:            receptionist@wardbarnes.com

        Secondary e-mail addresses:     sbarnes@wardbarnes.com

DATED this ___14___ day of ___January___, 2022.

               _____
               Scott C. Barnes, Esq. (FBN 0040634)
               Austin R. Ward, Esq. (FBN 0018257)
               Ward & Barnes, P.A.
               222 W. Cervantes Street
               Pensacola, FL 32501
               Telephone: 850-912-8060
               Fax: 850-912-8279
               Service Address: receptionist@wardbarnes.com
               sbarnes@wardbarnes.com
               Attorneys for Plaintiffs

# WARD ◆ BARNES, P.A.

AUSTIN R. WARD, ESQ.
SCOTT C. BARNES, ESQ.

ATTORNEYS AT LAW

| Phone: 850-912-8060 | Fax: 850-912-8279 | 222 W. Cervantes Street, Pensacola, FL 32501 |

January 14, 2022

Santa Rosa County Clerk of Circuit Court
Attention: Civil Division

            RE:      Isbell vs. Target Corporation

Dear Clerk:

            I have recently filed the above referenced case in Santa Rosa County Circuit Court.
Please issue a Summons upon the named defendant as follows and return same to our office
so that we can perfect service.

            Target Corporation
            c/o CT Corporation System, Registered Agent
            1200 S. Pine Island Road
            Plantation, FL 33324

            Thank you for your kind assistance in this matter. Please feel free to contact me directly
if you have any questions.

                                    Sincerely,

                                    Kay W. Whitson
                                    Legal Assistant

Filing # 142019875 E-Filed 01/14/2022 01:05:39 PM

IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

TAMMY O. ISBELL
and GREG S. ISBELL,
Wife and husband,

      Plaintiffs,

vs.                                                              CASE NO.: _____
                                                                 DIVISION: _____

TARGET CORPORATION,

      Defendant.

_____/

### PLAINTIFFS' NOTICE OF SERVICE OF FIRST INTERROGATORIES

    COME NOW the Plaintiffs, TAMMY O. ISBELL and GREG S. ISBELL, by

and through undersigned attorneys, and files this their Notice of Service of First

Set of Interrogatories to Defendant TARGET CORPORATION.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was

served concurrent with the Complaint; on this ___14___ day of __January__,

2022.

Scott C. Barnes, Esq. (FBN 0040634)
Austin R. Ward, Esq. (FBN 0018257)
Ward & Barnes, P.A.
222 W. Cervantes Street
Pensacola, FL 32501
Telephone: 850-912-8060
Fax: 850-912-8279
Service address: receptionist@wardbarnes.com
sbarnes@wardbarnes.com
Attorneys for Plaintiffs

Filing # 142019875 E-Filed 01/14/2022 01:05:39 PM

IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

TAMMY O. ISBELL
and GREG S. ISBELL,
Wife and husband,

      Plaintiffs,

vs.

TARGET CORPORATION,

      Defendant.

_____/

CASE NO.: _____
DIVISION: _____

## **PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT TARGET CORPORATION**

Plaintiffs, by and through their undersigned attorney, and pursuant to Florida Rules of Civil Procedure, requests Defendant. TARGET CORPORATION, to produce at the law offices of Scott Barnes, Ward & Barnes, P.A., 222 W. Cervantes Street, Pensacola, FL 32501, within thirty (30) days of service thereof, the following items:

1. Copies of any and all photographs, videotape, surveillance videotape, or other images of the metal frame display shelf and display area where Plaintiff was injured inside Defendant's premises on July 14, 2018.

2. Copies of any and all maintenance records and/or repair reports for the picture frame display shelf where Plaintiff was injured on the date of the subject accident, for the two (2) years prior to the subject accident through and including two (2) years post-accident.

3. Copies of any and all statements, written or oral, taken of any persons, including Plaintiff, with knowledge about the issues in this lawsuit.

4.      Copies of any accident or incident reports regarding the subject accident.

5.      Copies of any documentation of other persons being injured by falling merchandice at or near the picture frame display shelf in the subject area where, or near where the Plaintiff TAMMY O. ISBELL was injured on July 14, 2018, for the five (5) year period prior to Plaintiff's accident through two (2) years post-accident.

6.      Copies of any reports or complaints made regarding the condition of the picture frame display shelves or any other metal-and-glass picture frames in the area where, or near, Plaintiff's accident occurred, for the five (5) year period prior to Plaintiff's accident through two (2) years post-accident.

7.      Copies of any documents, photographs, etc. referring to or describing any repairs, replacements, cleaning, alterations or maintenance of any sort to any metal-and-glass picture frames or picture frame display shelves at or near where Plaintiff's accident occurred, which were performed after the subject accident.

8.      Copies of any documents regarding inspections made of the subject area where Plaintiff's accident occurred, including inspections made for two (2) weeks prior to the subject accident, through and including twenty-four (24) hours after Plaintiff's accident.

9.      Copies of any and all statements taken of any witnesses to the accident and/or persons with knowledge of the accident and/or Plaintiffs' injuries and damages.

10.     All documents identified, directly or indirectly, in your answers to Plaintiffs' First Interrogatories.

11.     Copies of any and all documents to support your Affirmative Defenses.

12.    Copies of any and all statements made by the Plaintiff relating to incident which is described in the Complaint filed in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff's First Request to Produce to Defendant TARGET CORPORATION, has been served concurrent with the Complaint, on this _14_ day of _January_, 2022.

Scott C. Barnes, Esq. (FBN 0040634)
Austin R. Ward, Esq. (FBN 0018257)
WARD & BARNES, P.A.
222 W. Cervantes Street
Pensacola, FL 32501
Telephone: (850) 912-8060
Fax: (850) 912-8279
Service address: receptionist@wardbarnes.com
sbarnes@wardbarnes.com
Attorneys for Plaintiff

Filing # 142168582 E-Filed 01/18/2022 03:01:09 PM

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
## OF FLORIDA, IN AND FOR SANTA ROSA COUNTY, FLORIDA

**GREG S ISBELL**
Plaintiff(s)
Vs.                                                                    CASE NO.**22-CA-27**

**TARGET CORPORATION**
 Defendant

### SUMMONS:
### Service on a Business

**TO DEFENDANT(S):**
**TARGET CORPORATION, 4727 HIGHWAY 90, PACE, FL 32571.**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written  response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further  warning from the Court. There are other legal requirements. You may  want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff / Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. avez 20 jours consecutifs a partir de la date l' assignation de cet'te citation pour deposer une response ecrite a la plainte ce-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relni requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par in suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligation judiciaries. Si vous ne connaissez pas d'anocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez, de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite,faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) ci-dessous.

**THE STATE OF FLORIDA:**
**TO EACH SHERIFF OF THE STATE:** YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on the above-named **TARGET CORPORATION**
**January 18, 2022**

DONALD C. SPENCER
Clerk of Courts and Comptroller

**Scott Barnes, Attorney for Plaintiff**
**222 W. Cervantes Street**
**Pensacola FL 32501        Phone (850) 912-8279**
**Email: receptionist@wardbarnes.com**                    BY:

Deputy Clerk, Civil Division

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: Court Administration, ADA Liaison Santa Rosa County 6865 Caroline Street Milton, FL 32570 Phone (850) 623-3159 Fax (850) 983-0602 ADA.SantaRosa@flcourts1.gov at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Filing # 142175525 E-Filed 01/18/2022 03:39:51 PM

# IN THE CIRCUIT OR COUNTY COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA
## CIVIL DIVISION

TAMMY O ISBELL, GREG S ISBELL,

     Plaintiff,                Case No.: 22000027CAMXAX

v.                                Division A

TARGET CORPORATION,

     Defendant.

_____/

## ORDER TO PLAINTIFF REGARDING REQUIRED REPORTING

THIS CAUSE, having come before the Court *sua sponte* upon the filing of this action and pursuant to First Judicial Circuit Administrative Order No. 2021-12, it is hereby,

ORDERED and ADJUDGED that the Plaintiff **shall** do the following:

1. Review and become familiar with First Judicial Circuit Administrative Order No. 2021-12.

2. Within 5 days of service of the complaint on the last of all named Defendants file a Notice of Final Service with the Court that includes the following:

   a. Notice that the last of all named Defendants to be served has been served and the date of said service.

   b. A statement as to whether the case is complex under Fla. R. Civ. P. 1.201, streamlined, or general as defined in First Judicial Circuit Administrative Order No. 2021-12.

3.   Upon filing the Notice of Final Service required in paragraph 2, the Plaintiff shall also send a copy of said Notice to the **assigned** Judge's Judicial Assistant via the Proposed Documents function of the ePortal.

4.   Failure of the Plaintiff to strictly comply with this Order shall subject the Plaintiff to appropriate sanctions including, but not limited to, the striking of pleadings or dismissal of this action without prejudice.

DONE AND ORDERED on January 18, 2022 in Chambers at Santa Rosa County, Florida.

_____

**J. SCOTT DUNCAN, CIRCUIT JUDGE**

**In cases wherein one party is unrepresented (*pro se*), it is the responsibility of the sole attorney in the case to serve within five business days this Order/Judgment upon any *pro se* party who does not have access to and is not a registered user of Florida Court's e-Filing Portal.**

SERVICE LIST
TAMMY O ISBELL, GREG S ISBELL
TARGET CORPORATION
SCOTT CHARLES BARNES, Private Attorney

## RETURN OF SERVICE

**State of Florida**                    **County of Santa Rosa**                    Circuit Court

Case Number: 22-CA_27

Plaintiff:
**GREG S ISBELL**

vs.

Defendant:
**TARGET CORPORATION**

For:
Scott Charles Barnes
Ward & Barnes Pa
222 W. Cervantes Street
Pensacola, FL 32501

Received by Lighthouse Investigative & Process Services to be served on **Target Corporation, 4727 Highway 90, Pace, FL 32571.**

I, Samantha J Fincher, do hereby affirm that on the **20th day of January, 2022** at **2:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint and Plaintiff's Notice of Service of Interrogatories to Defendant, Plaintiff's First Set of Interrogatories to Defendant, and Plaintiff's First Request for Production of Documents to Defendant, Designation of Email Addresses** with the date and hour of service endorsed thereon by me, to: **Morgan Howard as Hr Exectutive Team Leader** for **Target Corporation**, at the address of: **4727 Highway 90, Pace, FL 32571**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, a resident of the State of Florida,  and have no interest in the above action.

Samantha J Fincher
CPS #667

**Lighthouse Investigative & Process Services**
**P.O. Box 12003**
**Pensacola, FL 32591**
**(850) 710-0850**

Our Job Serial Number: DPE-2022000114

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

TAMMY O. ISBELL
and GREG S. ISBELL,
Wife and husband,

     Plaintiffs,

vs.                                CASE NO.:   2022 CA 000027

TARGET CORPORATION,

     Defendant.
_____/

## PLAINTIFF'S NOTICE OF FINAL SERVICE

Pursuant to First Judicial Circuit Administrative Order No. 2021-12, Scott. C. Barnes, Esquire, Counsel for Plaintiff, hereby states the following:

1.    The last of all named defendants in this matter has been served with the Complaint.

2.    The date that service was accomplished was January 20, 2022.

3.    Plaintiff's counsel proposes that this case be classified as "GENERAL" as defined in First Judicial Circuit Administrative Order No. 2021-12. However, the Defendant has not answered the Complaint and is not currently represented by counsel, and cannot provide a statement as to whether the Defendant concurs in the proposed designation.

Dated this the _____ day of January, 2022.

_____
Scott C. Barnes, Esq. (FBN 0040634)
Austin R. Ward, Esq. (FBN 0018257)
Ward & Barnes, P.A.
222 W. Cervantes Street
Pensacola, FL 32501
Telephone: 850-912-8060
Fax: 850-912-8279
Service Address: receptionist@wardbarnes.com
sbarnes@wardbarnes.com
Attorneys for Plaintiffs

Filing # 142676818 E-Filed 01/26/2022 11:20:32 AM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:    22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

      Plaintiffs,

vs.

TARGET CORPORATION,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF EMAIL ADDRESSES FOR SERVICE OF DOCUMENTS

COME NOW, Joseph B. Stokes, III, Esquire, and Amanda Rumker, Esquire, of SAALFIELD SHAD, P.A., and file this Notice of Appearance as attorneys of record in the above-captioned matter on behalf of the Defendant, TARGET CORPORATION.

Pursuant to Florida Rule of Judicial Administration 2.516(1)(A), Defendant hereby gives notice of the primary and secondary email addresses of its counsel as follows:

| | |
|---|---|
| Counsel's Name | Joseph B. Stokes, III |
| Primary Email Address: | jstokes@saalfieldlaw.com |
| Secondary Email Addresses: | llovein@saalfieldlaw.com; khosea@saalfieldlaw.com |
| Tertiary Email Address: | arumker@saalfieldlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 26th day of January, 2022:

**Scott C. Barnes, Esquire**
**Austin R. Ward, Esquire**
Ward & Barnes, P.A.
222 West Cervantes Street
Pensacola, FL 32501
Email: receptionist@wardbarnes.com;
sbarnes@wardbarnes.com
Telephone: 850-912-8060
Facsimile: 850-912-8279
*Attorneys for Plaintiffs*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**

_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**AMANDA RUMKER, ESQUIRE**
Florida Bar Number: 125580
Email (Primary) arumker@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

Filing # 142863873 E-Filed 01/28/2022 01:03:55 PM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:    22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

     Plaintiffs,

vs.

TARGET CORPORATION,

     Defendant.

_____/

## NOTICE OF SERVICE OF DEFENDANT'S
## FIRST INTERROGATORIES TO PLAINTIFF TAMMY O. ISBELL

Defendant, TARGET CORPORATION, hereby gives notice that Defendant's

Interrogatories to Plaintiff, **TAMMY O. ISBELL**, numbered one (1) through twenty-eight (28),

have been served upon Plaintiff, c/o Scott C. Barnes, Esquire, by Electronic Mail.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with
the Clerk of the Court by using the Florida Courts Portal system and furnished to the following
named addressees via email on this 28th day of January, 2022:

    **Scott C. Barnes, Esquire**
    **Austin R. Ward, Esquire**
    Ward & Barnes, P.A.
    222 West Cervantes Street
    Pensacola, FL 32501
    Email: receptionist@wardbarnes.com;
    sbarnes@wardbarnes.com
    *Attorneys for Plaintiffs*

          **SAALFIELD SHAD, P.A.**

          **/s/ Joseph B. Stokes, III**

          _____
          **JOSEPH B. STOKES, III, ESQUIRE**

Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**AMANDA RUMKER, ESQUIRE**
Florida Bar Number: 125580
Email (Primary) arumker@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

Filing # 142863873 E-Filed 01/28/2022 01:03:55 PM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:    22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

      Plaintiffs,

vs.

TARGET CORPORATION,

      Defendant.

_____/

### NOTICE OF SERVICE OF DEFENDANT'S, TARGET CORPORATION,
### FIRST CONSORTIUM INTERROGATORIES TO PLAINTIFF GREG S. ISBELL

Defendant, TARGET CORPORATION, hereby gives notice that Defendant's Consortium

Interrogatories to Plaintiff, **GREG S. ISBELL**, numbered one (1) through twenty-one (21), have

been served upon Plaintiff, c/o Scott C. Barnes, Esquire, by Electronic Mail.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with
the Clerk of the Court by using the Florida Courts Portal system and furnished to the following
named addressees via email on this 28th day of January, 2022:

**Scott C. Barnes, Esquire**
**Austin R. Ward, Esquire**
Ward & Barnes, P.A.
222 West Cervantes Street
Pensacola, FL 32501
Email: receptionist@wardbarnes.com;
sbarnes@wardbarnes.com
*Attorneys for Plaintiffs*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**

_____
**JOSEPH B. STOKES, III, ESQUIRE**

Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**AMANDA RUMKER, ESQUIRE**
Florida Bar Number: 125580
Email (Primary) arumker@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

Filing # 142863873 E-Filed 01/28/2022 01:03:55 PM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:   22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

      Plaintiffs,

vs.

TARGET CORPORATION,

      Defendant.

_____/

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION TO
## PLAINTIFF TAMMY O. ISBELL

Defendant, TARGET CORPORATION, by and through its undersigned attorneys, hereby

requests pursuant to Rule 1.350, Florida Rules of Civil Procedure, that Plaintiff, **TAMMY O.**

**ISBELL** produce and permit Defendant to inspect and copy each of the following documents:

1.      Medical bills, including but not limited to doctors, hospitals and prescriptions

arising out of the alleged injuries which are the subject of your Complaint.

2.      Income tax returns for the years 2017 through 2021, including W-2 forms filed.

3.      Hospital records concerning any and all hospitalizations arising out of the alleged

injuries to Plaintiff which are in your or your attorney's possession, custody or control.

4.      Medical records from any doctors, nurses or other health care providers who have

seen and/or treated Plaintiff as a result of the alleged injuries pled in the Complaint.

5.      Medical reports, opinions or other written memoranda from doctors, nurses or other

health care providers, or expert witnesses containing information concerning the injuries and/or

damages allegedly sustained by Plaintiff which are in your or your attorney's possession, custody or control.

6.    Any and all photographs or video taken in relation to this incident.

7.    Any and all statements obtained in relation to this case.

8.    All documents which you anticipate you may utilize as exhibits in the trial of this matter.

9.    A copy of the front and back of all health insurance cards including Medicare, Medicaid, and/or private health insurance carriers in possession of the Plaintiff at the time of the accident and anytime thereafter.

10.    All documents and payment information made by third party/collateral source lien holders received by Plaintiff or Plaintiff's counsel in connection with the subject accident.

11.    All documents sent by Plaintiff's counsel to any collateral source lien holders advising them of the subject accident and/or putting said collateral source lien holder on notice.

12.    All documents sent by Plaintiff or received by Plaintiff in connection with any disability insurance in effect at the time of the subject accident.

13.    An original Consent to Release directed to Centers for Medicare & Medicaid Services (CMS) executed by Plaintiff. (Attached hereto).

14.    An original Consent for Release of Information directed to Social Security Administration executed by Plaintiff. (Attached hereto).

15.    An original Authorization for the Use and Disclosure of Protected Health Information directed to Florida Medicaid TPL Recovery Program executed by Plaintiff. (Attached hereto).

16.     An original Request for Copy of Tax Return IRS Form 4506 directed to the Internal Revenue Service executed by Plaintiff. (Attached hereto).

17.     Copies of all records related to any mental health treatment received by Plaintiff in the last ten (10) years, including but not limited to, psychologists, psychiatrists, counselors or therapists. This request specifically includes records of treatment for substance abuse, dependency or addiction.

18.     The shoes worn by the Plaintiff at the time of the incident alleged in Plaintiff's Complaint.

19.     The Target receipt for purchase(s) made on the date of the alleged incident.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 28th day of January, 2022:

**Scott C. Barnes, Esquire**
**Austin R. Ward, Esquire**
Ward & Barnes, P.A.
222 West Cervantes Street
Pensacola, FL 32501
Email: receptionist@wardbarnes.com;
sbarnes@wardbarnes.com
Telephone: 850-912-8060
Facsimile: 850-912-8279
*Attorneys for Plaintiffs*

                    **SAALFIELD SHAD, P.A.**

                    **/s/ Joseph B. Stokes, III**
                    _____
                    **JOSEPH B. STOKES, III, ESQUIRE**
                    Florida Bar Number: 897183
                    Email (Primary) jstokes@saalfieldlaw.com
                    Email (Secondary) llovein@saalfieldlaw.com;
                    khosea@saalfieldlaw.com

3

**AMANDA RUMKER, ESQUIRE**
Florida Bar Number: 125580
Email (Primary) arumker@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

4

## INTERNAL REVENUE SERVICE - 2021 - 2017

Form **4506**

(Novmeber 2021)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling 1-800-908-9946 for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Saalfield Shad, P.A., 245 Riverside Avenue, Suite 400, Jacksonville, FL 32202

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

12 / 31 / 2021        12 / 31 / 2020        12 / 31 / 2019        12 / 31 / 2018

12 / 31 / 2017        ___ / ___ / ___        ___ / ___ / ___        ___ / ___ / ___

**8** Fee. There is a $43 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . | $ | 43.00 |
| **b** Number of returns requested on line 7 . . . . . . . | | 5 |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . | $ | $215.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  . . . . . ☑

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)                         Date

  Print/Type name                                      Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                   Date

  Print/Type name

For Privacy Act and Paperwork Reduction Act Notice, see page 2.        Cat. No. 41721E        Form **4506** (Rev. 11-2021)

Form 4506 (Rev. 11-2021)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
| --- | --- |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B,Change of Address or Responsible Party — Business, with Form 4506.

**Line 7.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish our right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.



RON DESANTIS
GOVERNOR

MARY C. MAYHEW
SECRETARY

## Authorization for the Use and Disclosure of Protected Health Information

**Federal law states that we cannot share an individual's health information without the individual's permission, except in certain situations. By signing this form, you are giving us permission to share the information you indicate below. If you decide later that you do not want us to share this information any more, you can revoke this authorization at any time in writing or sign the REVOCATION SECTION on the back of this form and return it to the Florida Medicaid TPL Recovery Program. This form must be completed and signed by the Medicaid recipient or by an individual who has the authority to act on the Medicaid recipient's behalf (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).**

### PLEASE COMPLETE THE FOLLOWING SECTIONS

1.  **Personal Information:**

    Medicaid Recipient's Name_____ Date of Birth_____

    Medicaid ID Number_____Social Security Number_____

2.  **I give permission to the Agency for Health Care Administration (AHCA) and its contract representatives to share the health information listed below with the following:**

    Name of the Law Firm or Law Office _Saalfield Shad, P.A., 245 Riverside Avenue, #400, Jacksonville, FL 32202_____
    Name of the Insurance Company_____
    Other_____

3.  **Indicate the purpose for which the disclosure is to be made:**

    _XX_ To substantiate Medicaid's lien relating to a lawsuit
    ____To substantiate Medicaid's claim against the estate or against a trust account or annuity
    _XX_ Other____Litigation pending in the State of Florida_____

4.  **Indicate the information that you want to be disclosed, related to the following (check one):**

    ____The Medicaid lien *relating to the injury or negligence* charges, for the period beginning with the date of incident.
    ____Medicaid's claim against the *estate.*
    ____The amount that is due Medicaid from the *trust account, [Please send a copy of the trust agreement].*
    ____The amount that is due Medicaid from the *annuity account, [Please send a copy of the annuity agreement].*
    _XX_Other, *[Please be specific].* ___Paid Claims History_____

5.  **Enter the specific date that you want this authorization to expire:  (i.e., one year from date of release)_____**
    (If you do not enter a date, this authorization will expire in five years.)

I understand that the information described above may be redisclosed by the person or group that I hereby give AHCA and its contract representatives permission to share my information with, and that my information would no longer be protected by the federal privacy regulations.  Therefore, I release AHCA, its workforce members, and its contract representatives from all liability arising from the disclosure of my health information pursuant to this agreement.  I understand that I may inspect or request copies of any information disclosed by this authorization if AHCA or its contract representatives initiated this request for disclosure.  I understand that I may revoke this authorization by notifying AHCA through its contractor representatives, in writing, knowing that previously disclosed information would not be subject to my revocation request.  I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or eligibility for benefits.

6.  **Recipient Signature_____ Print Name_____Date_____**
    **OR**
    **Name of Legal Representative (Print)_____Relationship_____**

    **Signature of Legal Representative \*_____Date_____**
    \* If you are not the individual, but represent the individual, please attach a copy of the legal document that verifies that you are a representative (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).

**INSTRUCTIONS FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION**

1.  Complete the front of the form and return it to Florida Medicaid TPL Recovery Program, Post Office Box 12188, Tallahassee, Florida 32317-2188, Phone (toll-free) (877) 357-3268 or Fax (844) 845-8352.

2.  If the signer is a guardian, has a power of attorney or is an authorized representative, documentation of the representative's authority to act on the individual's behalf must be attached.  If an agency has custody of a child and a representative signs the release, include a copy of the custody order.

3.  Special kinds of health information have specific laws and rules that have to be followed before that information can be disclosed.

**HIV and Sexually Transmitted Diseases (STD):**  All information about HIV and sexually transmitted diseases is protected under federal and state laws and cannot be disclosed without your written authorization unless otherwise provided in the regulations.  To release HIV or STD information, this authorization must include a statement in the Information You Want Disclosed section of the specific HIV or STD information that you are giving permission to release.  Re-disclosure of HIV information is not allowed, except in compliance with law or with your written permission.

**Alcohol and Drug Treatment:**  Alcohol and/or drug treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise allowed in federal and state laws or regulations.  To release alcohol and drug treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan."  Re-disclosure of you alcohol and/or drug treatment records is not allowed, except in compliance with law or with your written permission.

**Mental Health Treatment:**  Mental health treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise allowed in federal and state laws or regulations.  To release mental health treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan."  Also, disclosure of your therapist's own notes (psychotherapy notes) needs separate permission.  Re-disclosure of your mental health treatment records is prohibited, except in compliance with law or with your written permission.

4.  You will be provided with a copy of this form.

---

**REVOCATION SECTION**

To revoke your authorization, complete the following section and return the form to the Florida Medicaid TPL Recovery Program at the address given above.  (Use of this form to revoke your authorization is optional; however, you must submit your revocation request in writing.)

I no longer want my information shared.

Name_____Date of Birth_____

Street Address_____

City_____State_____Zip_____

If applicable, your Medicaid ID number_____

Signature_____Date_____
OR
Signature of Authorized Representative_____Date_____

Relationship of Authorized Representative_____

(Revised March 2019)

**CENTER FOR MEDICARE & MEDICAID SERVICES (CMS)**

## Consent to Release
## Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation

**Where to find Information on "Consent to Release" vs. "Proof of Representation"**

Please refer to the PowerPoint document on this website titled: "Rules and Model Language for 'Proof of Representation' vs. 'Consent to Release' for Medicare Secondary Payer Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation" for detailed information on

- **When to use a "consent to release" document vs. a "proof of representation" document,**
- Appropriate content for both documents,
- The need for appropriate documentation when there are two layers of representatives involved (examples: attorney 1 refers a case to attorney 2; the beneficiary's guardian hires an attorney to pursue a liability insurance claim) or when a beneficiary's representative signs a "consent to release" document on the beneficiary's behalf,
- What liability insurers (including self-insurers), no-fault insurers, and workers' compensation entities must have in order to obtain conditional payment information, and
- Use of agents by insurers' or workers' compensation.

**General**

A "consent to release" document is used by an individual or entity who does not represent the Medicare beneficiary but is requesting information regarding the beneficiary's conditional payment information. A "consent to release" does not authorize the individual or entity to act on behalf of the beneficiary or make decisions on behalf of the beneficiary.

**Model Language**

See attached. Use of the model language is not required, but any documentation submitted as a "Consent to Release" must include the information the model language requests.

**Where to Submit a " Consent to Release" document:**

**Liability Insurance, No-Fault Insurance, Workers' Compensation:**

**NGHP**
PO Box 138832
Oklahoma City, OK 73113
**Fax: (405) 869-3309**

MODEL LANGUAGE

## **CONSENT TO RELEASE**

The language below should be used when you, a Medicare beneficiary, want to authorize someone other than your attorney or other representative to receive information, including identifiable health information, from the Centers for Medicare & Medicaid Services (CMS) related to your liability insurance (including self-insurance), no-fault insurance or workers' compensation claim.

I, _____ (print your name exactly as shown on your Medicare card) hereby authorize the CMS, its agents and/or contractors to release, upon request, information related to my injury/illness and/or settlement for the specified date of injury/illness to the individual and/or entity listed below:

## **CHECK ONLY ONE OF THE FOLLOWING TO INDICATE WHO MAY RECEIVE INFORMATION AND THEN PRINT THE REQUESTED INFORMATION:**

(If you intend to have your information released to more than one individual or entity, you must complete a separate release for each one.)

☐ Insurance Company          ☐ Workers' Compensation Carrier          ☑ Other **Attorney** _____
                                                                                         (Explain)

Name of entity:            Saalfield Shad, P.A.

Contact for above entity:  Joseph B. Stokes, III

Address:                   245 Riverside Avenue

Address Line 2:            Suite 400

City/State/ZIP:            Jacksonville, FL 32202

Telephone:                 904-355-4401

## **CHECK ONE OF THE FOLLOWING TO INDICATE HOW LONG CMS MAY RELEASE YOUR INFORMATION**

(The period you check will run from when you sign and date below.):

☑ One Year          ☐ Two Years          ☐ Other _____
                                                  (Provide a specific period of time)

I understand that I may revoke this "consent to release information" at any time, in writing.

## **MEDICARE BENEFICIARY INFORMATION AND SIGNATURE:**

Beneficiary Signature: _____      Date signed: _____

Note: If the beneficiary is incapacitated, the submitter of this document will need to include documentation establishing the authority of the individual signing on the beneficiary's behalf. Please visit https://go.cms.gov/cobro for further instructions.

Medicare ID (The number on your Medicare card.): _____

Date of Injury/Illness: _____

**SOCIAL SECURITY ADMINISTRATION**

Social Security Administration                                              Form Approved
**Consent for Release of Information**                                      OMB No. 0960-0566

___

<u>Instructions for Using this Form</u>

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or
- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

<u>How to Complete this Form</u>

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

- Fill in the name and address of the person or organization where you want us to send the requested information.

- Specify the reason you want us to release the information.

- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov**. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send <u>only</u> comments relating to our time estimate to this address, not the completed form.***

___

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form*).

**TO: Social Security Administration**

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

Joseph B. Stokes, III, Esw.

c/o Saalfield Shad, P.A.

**\*ADDRESS OF PERSON OR ORGANIZATION:**

245 Riverside Avenue

Suite 400

Jacksonville, FL 32202

**\*I want this information released because:** Litigation pending in the State of Florida
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2012 to date present
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☒ Medical records from my claims folder(s) from date 01/11/2012 to date present
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)
   Application for Benefits, doctor reports, Consultation Evaluation Reports, questionnaires,
   records/start date, video or tape recordings/transcripts, and date of entitlement.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| **Address: | **Daytime Phone: |
| Relationship (if not the subject of the record): | **Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

Filing # 143618647 E-Filed 02/09/2022 03:44:49 PM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:    22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

     Plaintiffs,

vs.

TARGET CORPORATION,

     Defendant.

_____/

### <u>DEFENDANT, TARGET CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT</u>

Defendant, **TARGET CORPORATION**, by and through undersigned counsel, hereby

answers Plaintiffs' Complaint, and states as follows:

### <u>COMPLAINT</u>

1.    Admitted for jurisdictional purposes only, otherwise denied.

2.    Admitted.

3.    Admitted that Target is a foreign corporation authorized to and conducting business in

Florida, otherwise denied.

4.    Admitted that Target operates a retail store located at 4727 Highway 90, Pace, Florida,

otherwise denied.

5.    Admitted that Target operates a retail store located at 4727 Highway 90, Pace, Florida,

otherwise denied.

6.    Denied.

7.    Unknown, therefore Denied.

8.    Denied.

9.      Denied.

10.     Denied as phrased.

11.     Denied.

12.     Denied.

13.     Denied.

## LOSS OF CONSORTIUM

14.     Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff, TAMMY O. ISBELL, was negligent, which negligence was the proximate or contributing cause of the injury and/or injuries. Therefore, any recovery in this action should be reduced on a pro rata basis based upon the degree of Plaintiff's negligence.

### Second Affirmative Defense

This Defendant is entitled to a set-off for any and all benefits received by the Plaintiff from any collateral source as defined by applicable Florida Statutes and case law.

### Third Affirmative Defense

The Plaintiff has failed to mitigate any damages in this case, which failure to mitigate should reduce Plaintiff's claim for damages in direct proportion thereto.

### Fourth Affirmative Defense

Defendant is not responsible for the conduct of negligent non-parties and is entitled to have its proportionate share of liability, if any, determined in light of the conduct of negligent non-parties whose names may appear on the verdict form pursuant to § 768.81, Fla. Stat. and *Fabre v. Marin*, 623 So.2d 1182 (Fla. 1993). Defendant reserves the right to supplement and/or amend this

defense after additional discovery.

### Demand for Jury Trial

Defendant hereby demands trial by jury on all issues so triable.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 9th day of February, 2022:

**Scott C. Barnes, Esquire**
**Austin R. Ward, Esquire**
Ward & Barnes, P.A.
222 West Cervantes Street
Pensacola, FL 32501
Email: receptionist@wardbarnes.com;
sbarnes@wardbarnes.com
Telephone: 850-912-8060
Facsimile: 850-912-8279
*Attorneys for Plaintiffs*

                    **SAALFIELD SHAD, P.A.**

                    **/s/ Joseph B. Stokes, III**

                    _____
                    **JOSEPH B. STOKES, III, ESQUIRE**
                    Florida Bar Number: 897183
                    Email (Primary) jstokes@saalfieldlaw.com
                    Email (Secondary) llovein@saalfieldlaw.com;
                    khosea@saalfieldlaw.com
                    **AMANDA RUMKER, ESQUIRE**
                    Florida Bar Number: 125580
                    Email (Primary) arumker@saalfieldlaw.com
                    245 Riverside Avenue, Suite 400
                    Jacksonville, FL 32202
                    904-355-4401 (phone)
                    904-355-3503 (facsimile)
                    *Attorneys for Defendant*

Filing # 143653753 E-Filed 02/10/2022 09:26:59 AM

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
## IN AND FOR SANTA ROSA COUNTY, FLORIDA
## CIVIL DIVISION

**TAMMY O ISBELL, GREG S ISBELL,**
   **Plaintiff,**

**vs.**                                          **Case No.: 22000027CAMXAX**
                                                 **Division A**

**TARGET CORPORATION,**
   **Defendant.**

## INITIAL CASE MANAGEMENT ORDER – GENERAL

As outlined in Administrative Order 2021-12, the Court issues this case management order to facilitate the timely, fair, and effective resolution of this matter.

The initial complaint was filed January 14, 2022. Service and addition of new parties should be completed no later than 120 days from the filing of the initial complaint unless the Court grants an extension. Extensions shall not exceed a time period beyond 240 days from the date of the filing of the initial complaint.

Fact and expert discovery should be completed no later than 450 days after the initial complaint is filed.

Objections to pleadings and dispositive pretrial motions should be resolved within 45 days of the filing of said objections/motions.

Mediation should be completed no later than 450 days after the initial complaint is filed.

The projected trial date is set for Monday, June 12, 2023. A firm trial date will be ordered when the case is at issue pursuant to Florida Rule of Civil Procedure 1.440.

The schedule of deadlines herein will be strictly adhered to by the parties unless changes are otherwise agreed to by the parties and approved by the Court. The Court will consider a request to approve changes to these deadlines upon a showing of good cause by either party based on matters arising from an emergency or unanticipated unavailability. However, unnecessary delays in completing discovery or lack of planning for unavailability will not constitute good cause for a change to these deadlines. The failure to abide by these deadlines may result in sanctions.

   **Done and Ordered** in Chambers in Milton, Santa Rosa County, Florida.

*Darlene F Dickey*

eSigned by CIRCUIT COURT JUDGE DARLENE DICKEY in 22000027CAMXAX
on 02/09/2022 17:03:12 4CAyRfcZ

**In cases wherein one party is unrepresented (*pro se*), it is the responsibility of the sole attorney in the case to serve within five business days this Order/Judgment upon any *pro se* party who does not have access to and is not a registered user of Florida Court's e-Filing Portal.**

SERVICE LIST
**TAMMY O ISBELL, GREG S ISBELL**
**TARGET CORPORATION**
**SCOTT CHARLES BARNES, Private Attorney**
**Amanda Rumker, Private Attorney**

Filing # 144181718 E-Filed 02/18/2022 10:08:32 AM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
SANTA ROSA COUNTY, FLORIDA

CASE NO.:   22-CA-27

TAMMY O. ISBELL
and GREG S. ISBELL

     Plaintiffs,

vs.

TARGET CORPORATION,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant, Target Corporation, by and through its undersigned attorneys, and pursuant to

28 U.S.C. §1332, §1441, and §1446, hereby gives notice that it has this date filed with the U.S.

District Court for the Northern District of Florida, Pensacola Division, a Notice of Removal.  A

copy of the Notice of Removal (without Exhibits) is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 18th day of February, 2022:

**Scott C. Barnes, Esquire**
**Austin R. Ward, Esquire**
Ward & Barnes, P.A.
222 West Cervantes Street
Pensacola, FL 32501
Email: receptionist@wardbarnes.com;
sbarnes@wardbarnes.com
Telephone: 850-912-8060
Facsimile: 850-912-8279
*Attorneys for Plaintiffs*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**AMANDA RUMKER, ESQUIRE**
Florida Bar Number: 125580
Email (Primary) arumker@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMMY O. ISBELL
and GREG S. ISBELL

      Plaintiffs,

vs.                         CASE NO.:

TARGET CORPORATION,

      Defendant.

_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant, Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the First Judicial Circuit, in and for Santa Rosa County, Florida.  In support of the removal of this action, Defendant states as follows:

1.      Plaintiffs, Tammy and Greg Isbell, have filed a civil action in the Circuit Court, First Judicial Circuit, in and for Santa Rosa County, Florida, Case No. 22-CA-27, in which they allege that on July 14, 2018, Mrs. Isbell was a business invitee on Defendant's premises located 4727 Highway 90, Pace, Florida, at which time she picked up a container of picture frames that held shards of broken glass that fell on and lacerated Ms. Isbell's foot causing permanent injuries. (Complaint ¶ 7,



EXHIBIT
A

12). Mr. Isbell is making a claim for loss of consortium related to his wife's injuries. (*Id.* ¶ 14). True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as EXHIBIT "A".

2.    Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3.    At the time of the incident alleged in Plaintiffs' Complaint, Mrs. Isbell was a citizen and resident of Santa Rosa County, Florida. Defendant has attached a Westlaw report conducted on Mrs. Isbell. (EXHIBIT "B"). The report shows that Mrs. Isbell's current address is in Pace, Santa Rosa, County, Florida, which is, according to Westlaw, the address where Mrs. Isbell has resided since 2019 and the address provided on her motor vehicle registration. The report also indicates that Mrs. Isbell previously resided in Milton, Santa Rosa County, Florida, from 2005 to 2020. Mrs. Isbell is also registered to vote in Florida and holds an inactive cosmetology license through the Florida Department of Business and Professional Regulation. Her address in Pace, Santa Rosa, County, Florida, is listed on her voter registration and cosmetology license, as shown in EXHIBIT "C" and EXHIBIT "D".

4.    A Westlaw report conducted on Mr. Isbell shows that he is associated with the same address as Mrs. Isbell in Pace, Santa Rosa, County, Florida. The report

is attached as EXHIBIT "E". Mr. Isbell is also registered to vote in the State of Florida. See Voter Registration Information, attached as EXHIBIT "F".

5.    Defendant contends the foregoing sufficiently shows Plaintiffs' "true, fixed and permanent home and principal establishment . . . to which [they have] the intention of returning whenever [they are] absent therefrom" is their home within the State of Florida. See McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

6.    Defendant Target Corporation, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

7.    The Complaint alleges the Plaintiffs' damages are "in excees of Thirty Thousand Dollars ($30,000.00)." (Complaint ¶ 1). Mrs. Isbell's claimed damages include: "bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, loss of earnings and income, loss of wage earning capacity, expenses of hospitalization, medical and nursing care and treatment. (Id. ¶ 13).  Mrs. Isbell claims these losses are either permanent or continuing. (Id.). Mr. Isbell claims he has been and will be deprived of "his wife's services, comfort, society, and attention" and "will incur the reasonable value or expenses of hospitalization and medical care and treatment necessarily or reasonably obtained by his wife" in the past and in the future. (Id. ¶ 14).

8.      Prior to the lawsuit being filed, Mrs. Isbell provided a demand to Defendant on September 11, 2019, attached hereto as EXHIBIT "G." In the demand, Mrs. Isbell requested $250,000.00 to resolve her claims against Target. She claimed that she suffered permanent injuries to her foot for which she underwent surgery, specifically an Extensor Hallucis Longus repair. After surgery and physical therapy, she continued to have tingling and limited range of motion of her great toe and weakness in her left foot. She also developed plantar fasciitis and lower leg tightness. She claims she will never have feeling or complete movement restored and she has a huge scar and balance issues related to her injuries.  Subsequently, on September 24, 2020, Mrs. Isbell lowered her demand to $195,000, in a letter attached hereto as EXHIBIT "H".  This demand was withdrawn after ten (10) days.

9.      Defendant does not yet have all of Mrs. Isbell's medical bills, but a lien from the United States Coast Guard reflects that as of August 5, 2019, it had paid $4,615.32 in medical expenses on Mrs. Isbell's behalf. The lien is attached hereto as EXHIBIT "I."

10.     Additionally, Plaintiff is a registered cosmetologist with Florida's Department of Professional & Business Regulation. Her license has been inactive since October 31, 2021. She is claiming lost wages and a loss of future earning capacity in her Complaint. She is forty-seven (47) years old and presumably will assert a future earning capacity loss for the remainder of her work life expectancy.

4

11.    Based on the foregoing, and additionally considering Mr. Isbell's loss of consortium claim, the claimed damages and amount in controversy in this case are well above the $75,000 jurisdictional requirement.

12.    Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on January 20, 2022.

13.    Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, First Judicial Circuit, in and for Santa Rosa County, Florida.

14.    The United States District Court for the Northern District of Florida, Pensacola Division, encompasses the location of the State Court action.    Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

15.    The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

16.    Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, First Judicial Circuit, in and for Santa Rosa County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 18th day of February, 2022:

> **Scott C. Barnes, Esquire**
> **Austin R. Ward, Esquire**
> Ward & Barnes, P.A.
> 222 West Cervantes Street
> Pensacola, FL 32501
> Email: receptionist@wardbarnes.com;
> sbarnes@wardbarnes.com
> Telephone: 850-912-8060
> Facsimile: 850-912-8279
> *Attorneys for Plaintiffs*

> **SAALFIELD SHAD, P.A.**
>
> /s/ Joseph B. Stokes, III
> _____
> **JOSEPH B. STOKES, III, ESQUIRE**
> Florida Bar Number: 897183
> Email (Primary) jstokes@saalfieldlaw.com
> Email (Secondary) llovein@saalfieldlaw.com;
> khosea@saalfieldlaw.com
> **AMANDA RUMKER, ESQUIRE**
> Florida Bar Number: 125580
> Email (Primary) arumker@saalfieldlaw.com
> 245 Riverside Avenue, Suite 400

6

Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***